# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHEN PAUL TITZER

NO. 2022 KW 0072

APRIL 8, 2022

---

In Re:    Stephen Paul Titzer, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 341,590.

---

BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.

WRIT DENIED.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT